**FILED**
**NOV 2 2 2017**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

Luis Ivan: Poblete                                  :     IN EXCLUSIVE EQUITY
*[handwritten: 4130 16th St NW,*
*Washington DC 20011]*
                  Plaintiff                         :
                                                    :     Case: 1:17-cv-02527
v.                                                  :     Assigned To : Mehta, Amit P.
                                                    :     Assign. Date : 11/22/2017
                                                    :     Description: TRO/Preliminary Injunction
Residential Credit Opportunities                    :
Trust C/O Ron McMahan *[handwritten: 2999 Westminster Ave*
*Stephen Hessler                      Seal Beach CA 90740]*
*1313 F St NW*
*#300 Washington DC 20004*
                  Defendant                         :
                                                    :

*[handwritten: COMPLAINT AND TRO]*

**PETITION IN EQUITY FOR EMERGENCY INJUNCTIVE RELIEF**

COMES NOW Plaintiff, Luis Ivan: Poblete, and states the following:

**PARTIES**

1. Plaintiff is Luis Ivan: Poblete residing at 4130 16th Street NW Washington DC 20011

2. Defendant is Residential Credit Opportunities Trust, residing at 2999 Westminster Avenue Seal Beach California 90740.

## ACCEPTANCE OF OATH

3. Plaintiff hereby accepts the constitutional oath of office of the Judge presiding in this case, the Judge having solemnly sworn (or affirmed) to support, obey and defend the Constitution of the United States.

## JURISDICTION

4. Plaintiff invokes the Court's diversity jurisdiction in exclusive Equity pursuant to Article III, Section 2, subdivision 1 of the Constitution of the United States.

5. Further, Plaintiff hereby releases and discharges the Court from any obligation to impose an emergency war powers military due process of law.

6. Further, Plaintiff hereby indemnifies the Court, by means of a private equitable asset of the Estate of LUIS IVAN POBLETE, should the Court, for some unforeseen reason, be held liable for not imposing an emergency war powers military due process of law.

## STATEMENT OF FACTS

7. Plaintiff, seeking to do equity that he may be given equity by this Court, has found a Subrogee to tender payment for the amount of Defendants Alleged claim in the amount of **$2,200,000.00** USD (*Exhibit 1—Private Bill of Exchange, Banknote, Allonge and Court Ordered Decree*)

The facts are as follows:

    a. Subrogee, **Eric Jon: Phelps**, a Pre-March 9, 1933, Private Citizen of the

United States / Private American National / Non-"U.S. citizen," holds equitable title by nature to the Name and Estate of ERIC JON PHELPS, good against all the world by State Court Decree. (*Exhibit 2—Decree*)

b. As a result of Plaintiff's alleged default, Defendant purchased Petitioner's property, having paid **$730,317.33** USD for said property valued in the amount of **$1,000,000.00** USD, Residential Credit Opportunities Trust, grantee/foreclosing beneficiary, taking a loss of over **$200,000.00** USD.

c. Subrogee declares Defendant's "Trustee's Deed Upon Sale" to be a mortgage due to the Emergency Banking Relief Act (12 USC 95a), the act being in fact "*a mortgage on all the homes and other property of all the people of the nation.*" (*Exhibit 3—Congressional Record of March 9, 1933, with Affidavit*)

d. Subrogee, holding equitable title by nature, as opposed to Defendant's inferior title by characteristic, has accepted and claimed said "Trustee's Deed Upon Sale," now a mortgage, to be a liability of his Estate.

e. Subrogee, having the equitable right of redemption, has tendered a Private Bill of Exchange (BoE) for discharge, for value of the Deed plus interest and costs, on behalf of Plaintiff, in the amount of Two Million, Two-Hundred Thousand dollars (**$2,200,000.00**), to be submitted to the Court for presentment to the Secretary of the Treasury in the spirit and intent of the Court's 12 USC 95a(2). (Exhibit 1—Private Bill of Exchange, Banknote, Allonge and Court Ordered

Decree)

    f.  Subrogee's first purpose and intent is to make Defendant whole on behalf of Plaintiff pursuant to the value of said mortgaged property, though Plaintiff never consented to said non-judicial foreclosure and loss of his property. Said Private BoE is well over **$1,200,000.00** USD in excess of the obligation.

    g.  Subrogee's second purpose and intent is to enable Petitioner to remain and reside on his property, holding all right, title and interest thereto without lien or encumbrance.

    h.  Subrogee's third purpose and intent is to enable Plaintiff to make whole Residential Credit Opportunities Trust, the grantee/foreclosing beneficiary, taking a loss at the sale of said property in excess of **$200,000.00** USD.

    i.  Subrogee's fourth purpose and intent is to provide a security instrument for the use of the United States government in its financial activities.

## CLAIMS IN EQUITY

8. Plaintiff has accepted Subrogee's tender of payment on his behalf.

9. Plaintiff, having no remedy at law, claims the equitable right to be made whole based upon Subrogee's equitable redemption on his behalf. For certain maxims of our beloved English/American equity jurisprudence are clear:

    a.  *Equity suffers not advantage to be taken of a penalty or a forfeiture, where compensation can be made;*

b. *Equity will not suffer a wrong to be without a remedy;*

c. *Equity abhors a forfeiture;*

d. *Equity delights to do complete justice and not by halves;*

e. *He who comes into equity must come with clean hands;*

f. *Equity will take jurisdiction to avoid a multiplicity of suits;*

g. *Equity looks to the intent or substance rather than to form;*

h. *He who occasioned the loss must bear the burden;*

i. *Principles govern rather than precedents;*

j. *When there is a conflict between the rules of law and the rules of equity, the rules of equity shall prevail;*

k. *Equity regards that as done, which should be done;*

l. *Equity regards the beneficiary as the true owner;*

m. *Equity and Purity are synonymous terms.*

**LOWER COURT ERRORS**

10. Plaintiff claims the lower Superior Court of the District of Columbia Landlord Tenant Branch errored in entering a final judgment against

Plaintiff for the following reasons:

  a. The Court refused to sit in Exclusive Equity Jurisdiction;

  b. The Court refused to acknowledge the status of Plaintiff;

  c. The Court refused to acknowledge the status of Subrogee, Eric Jon: Phelps;

  d. The Court refused to honor Subrogee's Private Bill of Exchange;

5 of 7

   e. The Court refused to abide by spirit and intent of 12 USC 95a(2).

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays the Court, sitting in exclusive Equity:

   a. Grant emergency injunctive relief in the form of a temporary restraining order against lower court's order and Marshals giving Defendant possession of property in question;

   b. Make Subrogee whole by discharging the obligation of his Trust Estate;

   c. Make Defendant whole, the money of account discharging Subrogee's obligation to be paid to Defendant;

   d. Make Plaintiff whole, all right, title and interest in said property to be decreed to Plaintiff, without lien or encumbrance;

   e. Grant any other relief doing complete justice, decreeing what is fair, just and right pursuant to the maxims of equity jurisprudence.

                                        Respectfully submitted,

                                          */s/ Luis Ivan Poblete*
                                          Luis Ivan: Poblete, Plaintiff

## VERIFICATION

I, Luis Ivan: Poblete, verify and make oath before God the Father and His blessed Son, the risen Lord Jesus Christ, that the statements made in this Petition are true and correct to the best of my knowledge, information and belief.

Date: 22 NoV 2017

_____
Luis Ivan: Poblete,   Plaintiff

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on November, __22__, 2017, a correct copy of the foregoing "Petition in Equity for Emergency Injunctive Relief" was filed with the Court and served on Respondent's attorney by USPS as follows:

**Party(ies) Served:**
Stephen Hessler  Certified Mail No 7014 3490 0000 4066 3991
C/O OFFIT KURMAN P.A.
1313 F Street NW Suite 300
Washington DC 20004

_____
Luis Ivan: Poblete,   Plaintiff

**PRIVATE BILL OF EXCHANGE**
AMOUNT: **$2,200,000.00** (or as determined in Part VI below)
Trust Res Number EJP12031953.25.003

### I. INTRODUCTION:

This Private Bill of Exchange of the Name and Estate of ERIC JON PHELPS (Trust Res Number EJP12031953.25.003), is made and entered into for presentment to, and redemption by, the Secretary of the Treasury of the United States (hereinafter "the Secretary") pursuant to and in accordance with the spirit and intent of 50 USC 4305(b)(2) and 12 USC 95a(2).

### II. DEFINITIONS:

A. Public Law 73-1, 48 Stat. 1, H.R. 1491, enacted March 9, 1933, is the relevant section concerning this Private Bill of Exchange, said law being codified as 12 USC 95a(2); and,
B. 50 USC 4305(b)(2), formerly 50 USC App. 5(b)(2), authorizes the President of the United States and the Secretary to accept and receive the conveyance of currency and/or securities of a person for purposes of a full acquittance and discharge of the obligation of the person presenting such currency and/or securities in the amount of said obligation; and,
C. Maker is defined herein as the Agent of Record/Sole Beneficiary of the Name and Estate of ERIC JON PHELPS conveying the currency and/or currencies to the Secretary for the purposes of full acquittance and discharge under 50 USC 4305(b)(2) and/or 12 USC 95a(2).

### III. STATUS OF MAKER:

Eric Jon: Phelps (hereinafter "Maker"), as a matter of public record on file with the Prothonotary, Lebanon County Court of Common Pleas, Commonwealth of Pennsylvania, Certified Document No. **2016-00679** (see attached State Court Decree), is:

A. One of "**We the People of the United States,**" and **Heir of the Posterity** for whom the Constitution for the United States of America was ordained and established; and,
B. A Pre-March 9, 1933, Private Citizen of the United States and Private Citizen of the Union's Nation/State of the Commonwealth of Pennsylvania protected by Section One of the Fourteenth Amendment to the Constitution for the United States of America; and,
C. A Pre-March 9, 1933, Private American National, said "national" protected by article 23(h) of the Hague Convention; and,
D. The Sole Beneficiary holding Equitable Title by Nature to all assets held by any party, public or private, in the Name and Estate of ERIC JON PHELPS, including all public and private property as well as any derivative(s) of said property thereof; and,
E. The Agent of Record and Subrogee for the Name and Estate of ERIC JON PHELPS.

### IV. CLAIM OF EQUITABLE TITLE BY NATURE

**Maker and Heir** holds:

A. Equitable Title by Nature to Property, Resources and Assets, including certain American gold coin, gold bullion, and gold certificates (all legal right, title and interest by characteristic thereto held, as of January 30, 1934, via the "Gold Reserve Act" (Public law 73-87), by the provisional military government of the United States established on March 9, 1933, also holding usufruct thereto), as well as to all certain trust fund accounts, be they city, county, state, federal and/or international, held in the Name and Estate of ERIC JON PHELPS, XXXXX4519, the United States Secretary of Treasury, being also Governor of the International Monetary Fund, exercising the powers of a common law Trustee in administrating said Property, Resources and Assets held in said Name and Estate; and,
B. Equitable Right, Title and Interest, including, but not limited to, **the use** of said gold coin, gold bullion, and gold certificates, as well as **the use** of all Property, Resources and Assets in said special trust fund accounts, for the equitable conversion of **Maker's Equitable Title** to said private Property, Resources and Assets into private credit, said conversion to be performed by authorized government agents, receivers and/or custodians of said private Property, Resources and Assets.

### V. SUBROGATION

A. **Eric Jon: Phelps**, both **Maker and Heir**, who, by executing this Private Bill of Exchange intended to be delivered to the Secretary for redemption thereby making Plaintiff whole, has become the **Subrogee** in this Matter exercising his right to the **Equity of Redemption** by issuing said Private Bill of Exchange for the acquittance and discharge of the enclosed **OBLIGATION** of the Estate of ERIC JON PHELPS, XXXXX4519, specifically, the Estate's accepted Mortgage Obligation of LUIS IVAN POBLETE as of November 15, 2017, estimated to be in the amount of **$2,200,000.00 USD** including accrued interests and penalties, for value accepted and received by **Subrogee** (or such amount as shall be determined and privately agreed upon by the Plaintiff and Defendant in good faith) upon presentment hereof.

EXHIBIT 1

## VI.   TERMS AND CONDITIONS

**Maker/Subrogee** hereby makes presentment to pay to the account of the Treasury of the United States in the amount of

**Two Million Two Hundred Thousand Dollars**
**($2,200,000.00 USD)**

(or such amount as determined by the Plaintiff and Defendant, said enclosed **OBLIGATION** to be so discharged and thereby so extinguished), **Upon Delivery** and/or **Presentment** of this Private Bill of Exchange with attached Banknote (No. **000268676**) and Allonge, to the Secretary, **Drawee** and **Payee**, for final acquittance and discharge of the above-referenced **OBLIGATION** of the Estate of ERIC JON PHELPS, XXXXX4519. Upon **Delivery** and/or **Presentment**, this instrument, payable on demand to the holder in due course, shall be an obligation of the UNITED STATES to discharge said **OBLIGATION** of said Estate, thereby settling the account in the spirit and intent of the Secretary's fiduciary duty set forth and in accordance with 12 USC 95a(2).

Upon Presentment, failure of the Secretary, **Drawee** and **Payee**, to Accept and Negotiate this Private Bill of Exchange with said attached Banknote and Allonge for special deposit to the account of the Treasury of the United States in Washington, D.C., within ten (10) days upon receipt of this Private Bill of Exchange, will, by operation of law, result in acceptance and immediate discharge of the above-referenced **OBLIGATION** of the Name and Estate of ERIC JON PHELPS, XXXXX4519, settling and closing this matter without prejudice to the status, title and rights of **Eric Jon: Phelps**, Subrogee, secondarily liable.

Date: _Nov 14, 2017_        Signatory: _Eric Jon Phelps_

Eric Jon: Phelps, American Freeman/State National
Pre-March 9, 1933, Private Citizen of the United States
Private American National/ Non-"U.S citizen"
Private Citizen of the Commonwealth of Pennsylvania
Special and Private Resident of the County of Lebanon
Privately Residing at Common Law and Equity
On a Non-Militarily Occupied Private Estate at:

203 South Fort Zellers Road
Newmanstown, Pennsylvania
ZIP Code Excepted [17073]

Agent of Record Without Prejudice/Without Recourse for
The Name and Estate of ERIC JON PHELPS
Sole Beneficiary of the Name and Estate of
ERIC JON PHELPS
All Rights Reserved Without Prejudice

---

### Jurat

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached and not the truthfulness, accuracy or validity of that document.

| | |
|---|---|
| United States of America | ) |
| Commonwealth of Pennsylvania | )   subscribed and affirmed |
| County of Lebanon | ) |

Subscribed and affirmed before me on this __14th__ day of __November__, 2017, by **Eric Jon: Phelps**, proved to me, on the basis of satisfactory evidence, to be the person who appeared before me.

_____          [Notary stamp: COMMONWEALTH OF PENNSYLVANIA, Notarial Seal, Norman ... Jackson ... Lebanon County, My Commission Expires ...]        {Seal}
Notary **Public**

IN THE COURT OF COMMON PLEAS OF LEBANON COUNTY
COMMONWEALTH OF PENNSYLVANIA
CIVIL ACTION – EQUITY

Eric Jon Phelps, :
    Petitioner :
v. : No. 2016-00679
JOHN AND JANE DOES 1-99, :
    Respondents :

## AMENDED DECREE

AND NOW, this 25th day of November, 2016, upon Petitioner's Motion for Amended Decree, a review determination of Petitioner's testimony, pleadings and exhibits; and upon the absence of any party claiming an equal or superior claim to an Equitable interest in the Name or Estate of **ERIC JON PHELPS**;

**IT IS HEREBY DECREED:** Petitioner, **Eric Jon: Phelps**, a member of the Preamble's Constitutional **Posterity**, one of **"We the People of the United States of America"** and Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen" / Private Citizen of the Union Nation/State wherein he privately resides at American Common Law and Equity, is the **Heir** and Sole Beneficiary by nature of the Name and Estate of **ERIC JON PHELPS**, good against all the world.

BY THE COURT:

_____
SAMUEL A. KLINE, JUDGE

PURSUANT TO RULE 236
You are hereby notified
that this order has been
entered in this case.

### Acceptance/Conveyance of Property in Equity

Attached Equitable Asset No. **000268676**

Accepted for Value/Claimed by Grantee Absolute

On Behalf of Private Business Trust ERIC JON PHELPS

Legal Title Assigned/Conveyed by Grantor-Settlor

To: Secretary of the Treasury of the United States, Trustee

On Behalf of Private Business Trust ERIC JON PHELPS

On Special Deposit with Intent and Purpose

To be presented with Attached Private Bill of Exchange

With Attached State Court Decree of **Eric Jon: Phelps**

For the Discharge of Attached Obligation of ERIC JON PHELPS

In the Amount of Two Million Two-Hundred Thousand Dollars (**$2,200,000.00**)

Or such amount as determined by the Court, Plaintiff, Defendants and/or Maker

Pursuant to Secretary's fiduciary duty and in accordance with

The spirit and intent of 12 USC 95a(2) and/or 50 USC 4305(b)(2)

Date: November 15, 2017

Signatory: *Eric Jon Phelps*

**Eric Jon: Phelps, Subrogee**

Pre-March 9, 1933, Private Citizen of the United States

Pre-March 9, 1933, Private American National

Pre-March 9, 1933, Private Citizen of the Commonwealth of Pennsylvania

Grantee Absolute/Grantor-Settlor/Beneficiary

Agent of Record for the Name and Estate of

Private Business Trust ERIC JON PHELPS

**Trust Res No. EJP12031953.25.002**



# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

### OFFICE OF CLERK-RECORDER
# COUNTY OF ALAMEDA
OAKLAND, CALIFORNIA

**CERTIFICATE OF LIVE BIRTH**
STATE OF CALIFORNIA — DEPARTMENT OF PUBLIC HEALTH

STATE FILE NO. 53-270404  REGISTRATION DISTRICT NO. 1011  REGISTRAR'S NUMBER 15377

**THIS CHILD**
- 1a. Child's First Name: ERIC
- 1b. Middle Name: JON
- 1c. Last Name: PHELPS
- 2. Sex: Male
- 3a. This Birth Single, Twin, or Triplet: Single
- 4a. Date of Birth—Month, Day, Year: December 3, 1953
- 4b. Hour: 5:02 am

**PLACE OF BIRTH**
- 5a. County: Alameda
- 5b. City or Town: Oakland
- 5c. Full Name of Hospital or Institution: Kaiser Foundation Hospital
- 5d. Address: 280 MacArthur Blvd. West

**USUAL RESIDENCE OF MOTHER**
- 6a. State: California
- 6b. County: Contra Costa
- 6c. City or Town: Richmond
- 6d. Street or Rural Address: 102 So. 35th Street

**MOTHER OF CHILD**
- 7a. Maiden Name of Mother—First Name: Lynn
- 7b. Middle Name: Margrethe
- 7c. Last Name: Callahan
- 8. Color or Race of Mother: White
- 9. Age of Mother at Time of this Birth: 26
- 10. Birthplace (State or Foreign Country): Wisconsin
- 11. Mailing Address of Mother: As given above

**FATHER OF CHILD**
- 12a. Name of Father—First Name: Lourn
- 12b. Middle Name: Gerald
- 12c. Last Name: Phelps
- 13. Color or Race of Father: White
- 14. Age of Father at Time of this Birth: 29
- 15. Birthplace (State or Foreign Country): California
- 16a. Usual Occupation: Police Officer
- 16b. Kind of Business or Industry: City of Richmond

**INFORMANT'S CERTIFICATION**: Lynn Phelps — December 5, 1953

**ATTENDANT'S CERTIFICATION**: [signature], M.D. — Oakland, California

**REGISTRAR'S CERTIFICATION**: Date Received by Local Registrar: DEC 21 1953

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Alameda County Clerk-Recorder.

DATE ISSUED  OCT 27 2017

000268676


Steve Manning
STEVE MANNING
COUNTY CLERK-RECORDER



This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Clerk-Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

## Acceptance of Obligation in Equity

Attached Equitable Liability/Mortgage of LUIS IVAN POBLETE

Accepted for Value/Claimed by Grantee Absolute

On Behalf of the Estate of ERIC JON PHELPS

Legal Title Assigned/Conveyed by Grantor-Settlor

To: Secretary of the Treasury of the United States, Trustee

On Behalf of the Estate of ERIC JON PHELPS

On Special Deposit with Intent and Purpose

To be presented with Enclosed Private Bill of Exchange

With Allonge and Banknote (No. 000268676) and State Court Decree

For the Discharge of Attached Obligation of ERIC JON PHELPS

In the Amount of One Million Nine-Hundred Thousand Dollars

plus Interest and Penalties, the total being as of November 15, 2017,

Two-Million Two-Hundred Thousand Dollars  ($2,200,000.00)

For Settlement and Closure of this Account of ERIC JON PHELPS

For Settlement and Closure of this Account of ERIC JON PHELPS

Pursuant to Secretary's fiduciary duty and in accordance with

The spirit and intent of 12 USC 95a(2) and/or 50 USC 4305(b)(2)

Date: _November 15, 2017_

Signatory: _Eric Jon: Phelps_

**Eric Jon: Phelps, Subrogee**

Pre-March 9, 1933, Private Citizen of the United States

Pre-March 9, 1933, Private American National

Pre-March 9, 1933, Private Citizen of the Commonwealth of Pennsylvania

Grantee Absolute/Grantor-Settlor/Beneficiary

Agent of Record for the Name and Estate of

ERIC JON PHELPS

Trust Res No. EJP12031953.25.001

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
### Washington, D.C. 20001

_____

_____
Plaintiff

vs.

_____

_____
Defendant

FILED IN OPEN COURT
JUL 17 2017
Superior Court of the District of Columbia
Washington, D.C.

L&T No. _____

## ORDER

Upon consideration of the motion _____

filed by _____

and after hearing argument on behalf of all parties concerned, it is, by the Court, this ___17___

day of ____July____, 20_17_,

ORDERED:

(1) That the motion be, and it is hereby, ☒ GRANTED ☐ DENIED

(2) That _____

_____

_____

_____

_____

_____

Copies to:

_____
JUDGE

White - Plaintiff    Canary - Defendant    Pink - Court File    Goldenrod - Attorney

Form CV171-545/Aug. 03

DATE:      November 15, 2017

FROM:      Eric Jon: Phelps, Subrogee
           203 South Fort Zellers Road
           Newmanstown, Pennsylvania
           ZIP Excepted [*17073*]

IN RE:     Discharge of the Obligation in the matter of LUIS IVAN POBLETE

TO:        Department of the Treasury
           Office of Executive Secretary
           1500 Pennsylvania Ave, NW
           Room 3413
           Washington, D.C., 20220
           Registered Mail No. **RF 160 187 362 US**

**Notice and Demand**

Dear Executive Secretary,

I, **Eric Jon: Phelps**, hold the Citizenship Status of a Pre-March 9, 1933, Private Citizen of the United States/Private American National/Non-"U.S. citizen," evidenced by the attached certified copy of a State Court "**Amended Decree**" on file with the Court of Common Pleas, Lebanon County, Commonwealth of Pennsylvania, Docket No. **2016-00679**.

Now coming as Subrogee in exercising my right of the **Equity of Redemption** on behalf of my Estate, your office is hereby ordered and directed to make presentment of the enclosed Private Bill of Exchange (Trust Res No. EJP12031953.25.003) with attached Equitable Asset with Allonge (Certified copy of Certificate of Live Birth with Allonge, Trust Res No. EJP12031953.25.002) with attached said "**Amended Decree**," to the Treasury of the United States for the acquittance and discharge of the enclosed Mortgage obligation of LUIS IVAN POBLETE, now the obligation of the Name and Este of ERIC JON PHELPS (Trust Res No. EJP12031953.025.001), as of this date in the amount of nearly two million, two-hundred thousand dollars (**$2,200,000.00 USD**). Said acquittance and discharge shall be made in the spirit and intent of Secretary's 12 USC 95a(2) and/or 50 USC 4305(b)(2). "Terms and Conditions" are specifically stated on said Private Bill of Exchange

Thank you for your immediate attention in this matter.

1 of 2

Sincerely,

*[signature: Eric Jon: Phelps]*



**Eric Jon: Phelps**, American Freeman/State National
Pre-March 9, 1933, Private Citizen of the United States
    Private American National/Non-"U.S. Citizen"
Private Citizen of the Commonwealth of Pennsylvania
Special and Private Resident of the County of Lebanon
Agent of Record without recourse/without prejudice for
    "ERIC JON PHELPS"
Sole Beneficiary of the Estate and Name of
    "ERIC JON PHELPS"
All Rights Reserved Without Prejudice


Enclosures:

1. Certified Copy of "**Amended Decree**" of **Eric Jon: Phelps**," Prothonotary Docket No. **2016-00679**, Lebanon County Court of Common Pleas, Commonwealth of Pennsylvania;
2. Private Bill of Exchange;
3. Certified Copy of Equitable Asset with Allonge
4. Mortgage of LUIS IVAN POBLETE with Allonge

cc:

    Steven Mnuchin, Secretary of the Treasury
    Department of the Treasury of the United States
    1500 Pennsylvania Avenue, N.W.
    Washington, D.C., 20220
    Registered Mail No. **RF 160 187 376 US**

    Residential Credit Opportunities Trust
    c/o Ron McMahan
    2999 Westminster Avenue, Suite 265
    Seal Beach, California 90740
    Registered Mail No. **RE 160 187 380 US**

IN THE COURT OF COMMON PLEAS OF LEBANON COUNTY
COMMONWEALTH OF PENNSYLVANIA
CIVIL ACTION – EQUITY

Eric Jon Phelps, :
    Petitioner :
v. : No. 2016-00679
JOHN AND JANE DOES 1-99, :
    Respondents :

**AMENDED DECREE**

AND NOW, this ___21st___ day of ___November___, 2016, upon Petitioner's Motion for Amended Decree, a review determination of Petitioner's testimony, pleadings and exhibits; and upon the absence of any party claiming an equal or superior claim to an Equitable interest in the Name or Estate of **ERIC JON PHELPS**; **IT IS HEREBY DECREED:** Petitioner, **Eric Jon: Phelps**, a member of the Preamble's Constitutional **Posterity**, one of "We the People of the United States of America" and Pre-March 9, 1933, Private Citizen of the United States / Private American National / Non-"U.S. citizen" / Private Citizen of the Union Nation/State wherein he privately resides at American Common Law and Equity, is the **Heir** and Sole Beneficiary by nature of the Name and Estate of **ERIC JON PHELPS**, good **against all the world**.

BY THE COURT:

_____
**SAMUEL A. KLINE, JUDGE**

PURSUANT TO RULE 236
You are hereby notified
that this order has been
entered in this case.

EXHIBIT 1
ANNEX A of Bill of Exchange

EXHIBIT 2

# Congressional Record

## SEVENTY-THIRD CONGRESS, FIRST SESSION

## SENATE

### THURSDAY, MARCH 9, 1933

The first session of the Seventy-third Congress met this day at the Capitol, in the city of Washington, in pursuance of the proclamation of the President of the United States of the 5th day of March, 1933.

JOHN NANCE GARNER, of the State of Texas, Vice President of the United States, called the Senate to order at 12 o'clock meridian.

The Chaplain, Rev. ZeBarney T. Phillips, D.D., offered the following

#### PRAYER

Father of life, who givest to our dust the breath of being, who unfoldest to our growing mind the greatness of our world; make Thou our hearts true homes of prayer, our lips the gates of praise as we bow before Thy presence and await with quiet gladness the mandates of Thy love.

O blessed Savior of the world, who hast worn the mantle of our flesh, revealing in its human folds the glory of divinity, give to our President, Vice President, the Members of the Congress, and to all others in authority, wisdom and strength to know and to do Thy will, and grant that they and all the people of the United States may come unto the fullness of the stature of that manhood which is Thine.

Breathe on us, breath of God, in this our day of national consecration, as we pray:

> Come Holy Ghost, our souls inspire,
> And lighten with celestial fire.
> Thou the anointing spirit art,
> Who dost Thy sevenfold gifts impart.
> Thy blessed unction from above,
> Is comfort, life, and fire of love.
> Enable with perpetual light
> The dullness of our blinded sight.
>
> Anoint and cheer our soiled face,
> With the abundance of Thy grace.
> Keep far our foes, give peace at home:
> Where Thou art guide, no ill can come.
> Teach us to know the Father, Son,
> And Thee of both to be but One:
> That through the ages all along,
> This may be our endless song;
> Praise to Thy eternal merit,
> Father, Son, and Holy Spirit.

Amen.

#### PROCLAMATION

The VICE PRESIDENT. The hour having arrived of the day on which, in accordance with the proclamation of the President of the United States, an extraordinary session of the Congress of the United States is to be convened, the Secretary of the Senate will read the proclamation.

The Chief Clerk (John C. Crockett) read the proclamation, as follows:

##### BY THE PRESIDENT OF THE UNITED STATES OF AMERICA
##### A PROCLAMATION

Whereas public interests require that the Congress of the United States should be convened in extra session at 12 o'clock noon on the 9th day of March 1933 to receive such communication as may be made by the Executive.

Now, therefore, I, Franklin D. Roosevelt, President of the United States of America, do hereby proclaim and declare that an extraordinary occasion requires the Congress of the United States to convene in extra session at the Capitol in the city of Washington on the 9th day of March 1933 at 12 o'clock noon, of which all persons who shall at that time be entitled to act as Members thereof are hereby required to take notice.

In witness whereof I have hereunto set my hand and caused to be affixed the great seal of the United States.

Done at the city of Washington this 5th day of March in the year of our Lord nineteen hundred and thirty-three, and of the independence of the United States the one hundred and fifty-seventh.

FRANKLIN D. ROOSEVELT.

By the President:
[SEAL]
CORDELL HULL,
*Secretary of State.*

#### CALL OF THE ROLL

The VICE PRESIDENT. The Secretary will call the roll of the Senate to ascertain whether there is a constitutional number of Senators present for the transaction of business.

The Chief Clerk called the roll, and the following Senators answered to their names:

| | | | |
|---|---|---|---|
| Adams | Coolidge | Keyes | Reynolds |
| Ashurst | Copeland | King | Robinson, Ark. |
| Austin | Costigan | La Follette | Robinson, Ind. |
| Bachman | Couzens | Lewis | Russell |
| Bailey | Dale | Logan | Sheppard |
| Bankhead | Davis | Lonergan | Smith |
| Barbour | Dickinson | Long | Stelwer |
| Barkley | Dieterich | McAdoo | Stephens |
| Black | Dill | McCarran | Thomas, Okla. |
| Bone | Duffy | McGill | Thomas, Utah |
| Borah | Fess | McKellar | Townsend |
| Bratton | Fletcher | McNary | Trammell |
| Brown | George | Murphy | Tydings |
| Bulkley | Glass | Neely | Vandenberg |
| Bulow | Goldsborough | Norbeck | Van Nuys |
| Byrd | Gore | Norris | Wagner |
| Byrnes | Hale | Nye | Walcott |
| Capper | Harrison | Overton | Walsh |
| Caraway | Hayden | Patterson | White |
| Carey | Hebert | Pittman | |
| Clark | Johnson | Pope | |
| Connally | Kean | Reed | |

Mr. TOWNSEND. I desire to announce the necessary absence of my colleague the Senator from Delaware [Mr. HASTINGS].

Mr. NORRIS. I desire to announce that my colleague the junior Senator from Nebraska [Mr. HOWELL] is detained from the Senate on account of illness. I ask that this announcement may stand for the day.

Mr. FESS. I desire to announce the necessary absence of the Senator from North Dakota [Mr. FRAZIER], the Senator from Delaware [Mr. HASTINGS], the Senator from West Virginia [Mr. HATFIELD], the Senator from Rhode Island [Mr. METCALF], the senior Senator from Minnesota [Mr. SHIPSTEAD], the junior Senator from Minnesota [Mr. SCHALL], the Senator from Wyoming [Mr. KENDRICK], the Senator from New Mexico [Mr. CUTTING], and the Senator from Montana [Mr. WHEELER].

The VICE PRESIDENT. Eighty-five Senators having answered to their names, a constitutional number of Senators is present for the transaction of business.

#### LIST OF SENATORS BY STATES

*Alabama.*—Hugo L. Black and John H. Bankhead.
*Arizona.*—Henry F. Ashurst and Carl Hayden.

41


EXHIBIT 3

printed and delivered more than $30,000,000, running both day and night. Similar sums are now being printed and delivered daily.

#### EXPANSION OF CURRENCY NECESSARY

If the Republican Party had released itself from the clutches of Wall Street and expanded the currency immediately after the stock-market crash in 1929 or within a year after the crash, our people would have been saved from this awful money panic. Our President will doubtless ask amendments to this new law when conditions are more normal and when it is better understood. Under the new law the money is issued to the banks in return for Government obligations, bills of exchange, drafts, notes, trade acceptances, and banker's acceptances. The money will be worth 100 cents on the dollar, because it is backed by the credit of the Nation. It will represent a mortgage on all the homes and other property of all the people in the Nation.

#### NO GOLD COVERAGE

The money so issued will not have one penny of gold coverage behind it, because it is really not needed. We do not need gold to back our internal currency. We only need gold to settle our balances with foreign countries. Our people do not actually use gold as a medium of exchange; paper money is just as good and is much easier to handle. However, if gold is desired as a backing for paper money, we have a sufficient amount to permit the issuance of $5,000,000,000 more money and still have a gold reserve of 40 percent. When England paid us approximately $100,000,000 in gold last December the Treasury should have taken that gold and issued $250,000,000 in paper money, using the gold as a sufficient coverage of 40 percent, and the money should have been put into circulation by paying it to Government employees or other governmental debts. Instead, the gold was delivered to the private banks and the Government given credit for the amount. The banks used a part of it as a base to issue considerable money, which they loaned to their customers, and the remainder, which was the most of it, was sold back to England by the bankers.

#### DRIVE AGAINST GOLD HOARDERS

The gold that is given up by the people in the present crisis should be delivered to the Government. It should be used to issue additional money upon which the people will not have to pay interest while it is in circulation.

#### PRESENT SATISFACTION

Those of us who have worked for 3 years trying to get the currency expanded have the consolation of knowing that our plan has been adopted. I do not believe that the expansion is being made in a manner that will permit the most good. However, the same kind of money is being issued that we have advocated should be issued. It is sound money, although not as well secured as the money we proposed to issue.

#### DISTRIBUTION OF NEW MONEY

Since our leaders have endorsed the plan to issue more money, consideration should be given to plans for its distribution that will best promote the general welfare.

It could be paid to Federal employees. It could be used to retire a part of the national debt and save a considerable sum in interest each year. At the present time our entire national debt of $20,000,000,000 could be retired with new money without placing too much money in circulation and the Government saved more than $700,000,000 annually.

#### SAVE $700,000,000 ANNUALLY

Instead of the banks being permitted to loan $45,000,000,000 with a reserve of from one to three billion dollars to back it up, they should be denied that privilege and a much greater money reserve required of them. Then, instead of the banks having so little money to pay their depositors, they could have 40 or 50 cents in actual money to back up every dollar in deposits. We would then have safe banking, and the Government would not owe a penny of national debt. Further, our Government would be saved the $700,000,000 that is now being paid annually as interest on the national debt. That would help balance the Budget; it would take tax-exempt securities out of the way and cause more income taxes to be paid to the Government and less taxdodging by the big rich.

#### OPPOSITION TO CONCENTRATION OF MONEY AND CREDIT CONTROL IN THE HANDS OF A FEW GREAT INTERNATIONAL BANKING CONCERNS

Mr. LUNDEEN. Mr. Speaker, today the Chief Executive sent to this House of Representatives a banking bill for immediate enactment. The author of this bill seems to be unknown. No one has told us who drafted the bill. There appears to be a printed copy at the Speaker's desk, but no printed copies are available for the House Members. The bill has been driven through the House with cyclonic speed after 40 minutes' debate, 20 minutes for the minority and 20 minutes for the majority.

I have demanded a roll call, but have been unable to get the attention of the Chair. Others have done the same, notably Congressman SINCLAIR, of North Dakota, and Congressman BILL LEMKE, of North Dakota, as well as some of our other Farmer-Labor Members. Fifteen men were standing, demanding a roll call, but that number is not sufficient; we therefore have the spectacle of the great House of Representatives of the United States of America passing, after a 40-minute debate, a bill its Members never read and never saw, a bill whose author is unknown. The great majority of the Members have been unable to get a minute's time to discuss this bill; we have been refused a roll call; and we have been refused recognition by the Chair. I do not mean to say that the Speaker of the House of Representatives intended to ignore us, but everything was in such a turmoil and there was so much excitement that we simply were not recognized.

I want to put myself on record against a procedure of this kind and against the use of such methods in passing legislation affecting millions of lives and billions of dollars. It seems to me that under this bill thousands of small banks will be crushed and wiped out of existence, and that money and credit control will be still further concentrated in the hands of those who now hold the power.

It is safe to say that in normal times, after careful study of a printed copy and after careful debate and consideration, this bill would never have passed this House or any other House. Its passage could be accomplished only by rapid procedure, hurried and hectic debate, and a general rush for voting without roll call.

I believe in the House of Representatives. I believe in the power that was given us by the people. I believe that Congress is the greatest and most powerful body in America, and I believe that the people have vested in Congress their ultimate and final power in every great, vital question, and the Constitution bears me out in that.

I am suspicious of this railroading of bills through our House of Representatives, and I refuse to vote for a measure unseen and unknown.

I want the RECORD to show that I was, and am, against this bill and this method of procedure; and I believe no good will come out of it for America. We must not abdicate our power to exercise judgment. We must not allow ourselves to be swept off our feet by hysteria, and we must not let the power of the Executive paralyze our legislative action. If we do, it would be better for us to resign and go home—and save the people the salary they are paying us.

I look forward to that day when we shall read the bill we are considering, and see the author of the bill stand before the House and explain it; and then, after calm deliberation and sober judgment—after full and free debate—I hope to see sane and sensible legislation passed which will lift America out of this panic and disaster into which we were plunged by the World War.

#### RULES OF THE HOUSE

Mr. POU. Mr. Speaker, I offer a resolution and ask for its immediate consideration.

# AFFIDAVIT

COMES NOW **Luis Ivan: Poblete**, *in esse* and *sui juris*, over the age of majority, cognizant of the importance of the matters stated herein and competent to give testimony, solemnly makes oath that the attached Congressional Record of the 73rd Congress debating the "Emergency Banking Relief Act" (HR 1491 codified as 12 USC 95a and b) declared to be passed on March 9, 1933, is true and correct copy of the original.

Further Affiant Sayeth Not.

*[signature] Luis Ivan Poblete    22 Nov 2017*

Luis Ivan: **Poblete**, American Freeman/State National
Pre-March 9, 1933, Private Citizen of the United States
    Private American National/Non-"U.S. citizen"
Private Citizen of the District of Columbia
Special and Private Resident of the City of Washington
    At 4130 16th Street NW Washington DC
Agent of Record without recourse/without prejudice for
    "LUIS IVAN POBLETE"
Sole Beneficiary of the Estate and Name of
    "LUIS IVAN POBLETE"
All Rights Reserved Without Prejudice

---

**Verification and Acknowledgement**

| | |
|---|---|
| **United States of America** ) | |
| **Washington** ) | s. a. |
| **District of Columbia** ) | |

Before Me, on this day **Luis Ivan: Poblete**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this 22ND day of November, 2017.

*[signature] Hackett*
Notary Public

*[Notary Seal: ALEXIS HACKETT, NOTARY PUBLIC, My Comm Exp Mar 31, 2022, DISTRICT OF COLUMBIA]*